UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TREMONT D. WILLIAMS, <br> # 23411-480, <br>       Plaintiff, <br><br> v. <br><br> F/N/U L/N/U UNITED STATES DEPUTY MARSHAL; F/N/U L/N/U Doctor at GEO Facility in San Antonio; MAJOR KAYSEE MALTBIE, GEO Correctional Officer; and F/N/U L/N/U WARDEN, GEO Facility in San Antonio, <br><br>       Defendants. | § § § § § § § § § § § § § § § § §    CIVIL ACTION NO. SA-21-CA-0177-FB |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and the Order of Dismissal of even date herewith dismissing Plaintiff Tremont D. Williams' Civil Rights Amended Complaint for failure to state a claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that Plaintiff Tremont D. Williams' Civil Rights Amended Complaint (ECF No. 10) against Defendants, F/N/U L/N/U U.S. Deputy Marshal; F/N/U L/N/U Doctor at the GEO facility in San Antonio; F/N/U L/N/U Warden at the GEO facility in San Antonio; and Major Kaysee Maltbie, Correctional Officer at the GEO facility in San Antonio, is **DISMISSED WITH PREJUDICE** for failure to state a claim. Motions pending, if any, are also **DISMISSED**.

**IT IS FURTHER ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

It is so ORDERED.

SIGNED this 12th day of October, 2021.

                                                    _____
                                                    FRED BIERY
                                                    UNITED STATES DISTRICT JUDGE